SINNOTT, DITO, MOURA & PUEBLA, P.C.
Blaise S. Curet, #124983
Tracy G. Hatamiya, #215146
555 Montgomery Street, Suite 720
San Francisco, California 94111-3910
Tel.: (415) 352-6200; Fax: (415) 352-6224

LORD, BISSELL & BROOK LLP
Catalina J. Sugayan, Esq.
115 South LaSalle Street, 26th Floor
Chicago, IL 60603
Tel.: (312) 443-1839; Fax: (312) 896-6639

Attorneys for
United National Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PERALTA COMMUNITY COLLEGE DISTRICT, a public entity, | CASE NO. C043287 SC |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v | ORDER |
| UNITED NATIONAL INSURANCE COMPANY, a corporation; and GALLAGHER BASSETT SERVICES, INC., a corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

STIPULATION FOR DISMISSAL

|  |  |  |
|---|---|---|
| 1 | DATED: ~~September~~ October 24, 2005 | SINNOTT, DITO, MOURA & PUEBLA, P.C. |
| 2 |  |  |
| 3 |  | By: _____ |
| 4 |  | BLAISE S. CURET |
|   |  | TRACY G. HATAMIYA |
| 5 |  | Attorneys for United National Insurance |
| 6 |  | Company |
| 7 | DATED: ~~September~~ October 19, 2005 | KOHRS & FISKE |
| 8 |  |  |
| 9 |  | By: _____ |
| 10 |  | T. PETER FISKE |
| 11 |  | Attorneys for Peralta Community College District, a public entity |
| 12 | DATED: September 6th, 2005 | DILLINGHAM & MURPHY, L.L.C. |
| 13 |  |  |
| 14 |  | By: _____ |
| 15 |  | RODRIGO E. SALAS |
| 16 |  | Attorneys for Gallagher Bassett Services, Inc. |

Underwriters@Lloyds\Peralta College\Pleadings\Dismissal.doc

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

GRANTED

Judge Samuel Conti

10/26/05

SINNOTT, DITO, MOURA & PUEBLA, P.C.
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Montgomery Street, Suite 720, San Francisco, California 94111-3910.

On October 24, 2005, I served the following document(s) described as **STIPULATION FOR DISMISSAL** on the interested parties in this action. Electronically, I caused said document to be transmitted using ECF as specified by General Order No. 45 to the following parties:

Conrad Kohrs
J. Peter Fiske
KOHRS & FISKE
3250 Ocean Park Blvd., Suite 130
Santa Monica, CA 90405

Catalina J. Sugayan
Lord, Bissell & Brook
115 South LaSalle Street
Chicago, IL 60603

Patrick J. Hagan
Rodrigo E. Salas
Dillingham & Murphy LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 24, 2005, at San Francisco, California.

_Michelle Mejia_
Michelle Mejia

Underwriters@Lloyds\Peralta College\Pleadings\PROOF OF SERVICE10.doc

*SINNOTT, DITO, MOURA & PUEBLA, P.C.*
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224